IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re the matter of

SHIRLEY RUTH KIRKLEN,

Debtor.

NO. 12-23801-kl
CHAPTER 13

JUDGE KENT LINDQUIST

ORDER MODIFYING AUTOMATIC STAY

This cause coming on to be heard on the motion of HARLEY-DAVIDSON CREDIT CORP., its successors and/or assigns, to modify the restraining provisions of §362 of the Bankruptcy Code, and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code are hereby modified to permit HARLEY-DAVIDSON CREDIT CORP., its successors and/or assigns, to take possession of and foreclose its security interest in a certain 2001 Harley-Davidson FLHTCUI motorcycle, V.I.N. 1HD1FLW121Y612187.

IT IS FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court.

ENTER:

_____
BANKRUPTCY JUDGE

DATED: _____

TERRI M. LONG
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for HARLEY-DAVIDSON CREDIT CORP., its Successors and/or Assigns